John E. SEARCY, III, Appellant,

v.

**Warren NEWMAN, individually and in his official capacity as Special Agent of Alcohol, Tobacco & Firearms, Appellee.**

No. 05–3136.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 7, 2006.

Filed: Aug. 18, 2006.

John E. Searcy, III, Shirley, AR, pro se.

Clarence Daniel Stripling, U.S. Attorney's Office, Little Rock, AR, for Appellee.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

John Searcy appeals the district court's [1] adverse grant of summary judgment in his suit under *Bivens v. Six Unknown Named Agents,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Following de novo review, *see Evers v. Alliant Techsystems, Inc.,* 241 F.3d 948, 953 (8th Cir.2001) (standard of review), we agree with the district court and affirm. *See* 8th Cir. R. 47B.